IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN 23  P 4:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>JULIO CESAR HERNANDEZ-MONTERO ) | CR. NO. 2:07-mj-04-CSC |

### GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. <u>Eligibility of Cases</u>

    This case is eligible for a detention order because this case involves:

    _____   Crime of violence (18 U.S.C. § 3156)

    _____   Maximum sentence of life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in the above categories

    \_\_\_\_X\_\_\_\_\_   Serious risk the defendant will flee

    _____   Serious risk of obstruction of justice

    _____   Felony involving a minor victim

    _____   Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____   Failure to register a sex offender (18 U.S.C. § 2250)

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

____X____        Defendant's appearance as required

_____        Safety of any other person and the community

3.   Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____        Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____        Previous conviction for "eligible" offense committed while on pretrial bond

_____        A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____        At the initial appearance

____X____        After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 23rd day of January, 2007.

LEURA G. CANARY
United States Attorney

*Kent Brunson*
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7135 fax