IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07-MJ-4-CSC |
| | ) | |
| FRANCISCO CRUZ-MENDOZA | ) | |
| JULIO CESAR HERNANDEZ-MONTERO | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing is hereby set for **January 26, 2007 at 9:30 a.m.** before U.S. Magistrate Judge Susan R. Walker in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide an interpreter for this proceeding.

If the defendants are in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

DONE, this 24th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE