IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj04-CSC |
| | ) | |
| FRANCISCO CRUZ-MENDOZA | ) | |
| JULIO CESAR HERNANDEZ- | ) | |
| MONTERO | ) | |

## **ORDER**

On January 26, 2007, the undersigned Magistrate Judge held a preliminary hearing in the above-styled case. Based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendants committed the offense charged in the complaint. Therefore, it is

ORDERED that the defendants are bound over to the district court for further proceedings.

DONE, this 26th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE