IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO. 2:07-mj-04-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Julio Cesar Hernandez-Montero, into the custody of David Henderson, ICE, and/or Blake Diamond, ICE, from February 20, 2007, through May 20, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing David Henderson, ICE, and/or Blake Diamond, ICE, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 16th of February, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-mj-04-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler.

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Kent B. Brunson
                                              KENT B. BRUNSON
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              334.223.7280
                                              334.223.7135 fax
                                              kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07-mj-04-CSC |
| ) | |
| JULIO CESAR HERNANDEZ-MONTERO ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on February 16, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Julio Cesar Hernandez-Montero, to David Henderson, ICE, and/or Blake Diamond, ICE, on February 20, 2007, through May 20, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of February, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE