IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-mj-04-CSC |
| | ) | |
| JULIO CESAR HERNANDEZ-MONTERO | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on February 16, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Julio Cesar Hernandez-Montero, to David Henderson, ICE, and/or Blake Diamond, ICE, on February 20, 2007, through May 20, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that David Henderson, ICE, and/or Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 22nd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE